# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON BALOIS TURCIOS,<br><br>                Petitioner,<br><br>      v.<br><br>G. D. LEWIS, Warden,<br><br>                Respondent. | Case No. CV 12-4603-MMM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 14, 2014

                                          MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE